IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENHOLLANDER, et al., ) | |
| ) | |
| Plaintiffs, ) | Lead Case No. 1:17-cv-00029-GJQ-SJB |
| v. ) | and all consolidated member cases |
| ) | |
| MICHIGAN STATE UNIVERSITY, et al., ) | |
| ) | Hon. Hala Y. Jarbou |
| Defendants. ) | |
| ) | |
| ) | |

**STIPULATED ORDER TO DISMISS**
**MINOR SETTLING PLAINTIFFS' CASES**
**WITH PREJUDICE**

**STIPULATED ORDER TO DISMISS**
**MINOR SETTLING PLAINTIFFS' CASES**
**WITH PREJUDICE**

In accordance with the Settlement reached in the *In Re USA Gymnastics*, Case No. 18-09108-RLM-11 as memorialized in the December 16, 2021 Order confirming the Modified Third Amended Joint Chapter 11 Plan of Reorganization,[1] and the Stipulated Order entered by this Court on September 1, 2022,[2] the three Minor Settling Plaintiffs listed below in the lead and member cases[3] and Defendants who were Participating and/or Released Parties[4] including Defendants USA Gymnastics, Inc., Twistars USA, Inc. d/b/a Geddert's Twistars Gymnastics Club USA, Geddert's Twistars USA Gymnastics Club, Inc., Twistars USA, Inc., John Geddert, Kathryn Geddert, and the United States Olympic and Paralympic Committee[5] hereby stipulate to Dismissal with prejudice and without costs or fees to any party of all of the three Minor Plaintiffs' claims against each respective Defendant.

The Minor Settling Plaintiffs and cases include:

A.  Lead case number 1:17-cv-0029, Member case 1:18-cv-1055, Plaintiffs Jane A52 Doe (minor), and Jane A94 Doe (minor).

B.  Member Cases 1:18-cv-257, 1:18-cv-1052, 1:18-cv-1348, Plaintiff Jane C23 Doe (minor).

Pursuant to the terms of the Parties' stipulation and this Court's Order, copies of the respective Probate Court Orders are being filed under seal.[6]

---

[1] PageID.37461-37714.
[2] PageID.37795-96.
[3] Each respective case number is listed below each corresponding Plaintiffs' attorney signature block.
[4] PageID.37587, 37683-37684.
[5] Referenced in the lead and member cases as United States Olympic Committee.
[6] PageID.37795-96.

2

Therefore, pursuant to this stipulation of the parties and the Court being otherwise advised in the premises; **IT IS HEREBY ORDERED** that the aforementioned Minor Settling Plaintiffs' cases are dismissed with prejudice and without costs or attorney's fees to any party.

This **IS NOT** a final order.

**SO ORDERED.**

Dated:   January 9, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

SO STIPULATED:

/s/ *Stephen R. Drew*
Stephen R. Drew (P24323)
Adam C. Sturdivant (P72285)
DREW, COOPER & ANDING
Attorneys for Plaintiffs
80 Ottawa Avenue NW, Suite 200
Grand Rapids, Michigan 49503
(616) 454-8300
sdrew@dca-lawyers.com
asturdivant@dca-lawyers.com


/s/ *John C. Manly*      (with permission)
John C. Manly (CA 149080)
Vince W. Finaldi (CA 238279)
Alex E. Cunny (CA 291567)
MANLY, STEWART & FINALDI
Attorneys for Plaintiffs
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
(949) 252-9990
jmanly@manlystewart.com
vfinaldi@manlystewart.com
acunny@manlystewart.com

*Attorneys for Plaintiffs*
Lead Case No.:
1:17-cv-00029-GJQ-SJB

Member Case Nos.:
1:18-cv-01055-GJQ-SJB
1:18-cv-01346-GJQ-SJB


/s/ *H. James White*     (with permission)
H. James White (P56946)
Alexander S. Rusek (P77581)
White Law PLLC
2459 Jolly Rd., Ste. 340
Okemos, MI 48864
(517) 316-1195

*Attorney for Plaintiffs*
Member Case Nos.:
1:17-cv-00257-GJQ-SJB
1:18-cv-01052-GJQ-SJB
1:18-cv-01348-GJQ-SJB


/s/ *Rebecca L. Strauss* (with permission)
Rebecca L. Strauss (P64796)
MILLER JOHNSON
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, Michigan 49501-0306

*Attorneys for Defendant USA Gymnastics, Inc.*

/s/ *Cameron R. Getto*  (with permission)
Cameron R. Getto (P57300)
ZAUSMER, AUGUST & CALDWELL P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
(248) 851-4111

*Attorneys for Defendants Twistars USA, Inc. d/b/a*
*Geddert's Twistars Gymnastics Club USA,*
*Geddert's Twistars USA Gymnastics Club, Inc.,*
*Twistars USA, Inc., John Geddert, Kathryn Geddert*

/s/ *John R. Oostema*    (with permission)
E. Thomas McCarthy, Jr. (P28714)
John R. Oostema (P26891)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503-2802

4

*Attorneys for Defendant United States Olympic
And Paralympic Committee*